FILED
10 SEP 30 PM 12: 44
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

**BECK & LEE BUSINESS TRIAL LAWYERS**
JARED H. BECK (233743)
ELIZABETH LEE BECK (233742)
28 West Flagler Street, Suite 555
Miami, FL 33130
Telephone: 305 789 0072
Facsimile: 786 664 3334
jared@beckandlee.com
elizabeth@beckandlee.com

Counsel for Plaintiff and the Proposed Classes

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE MORTON, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KRAFT FOODS INC., KRAFT FOODS NORTH AMERICA, and KRAFT FOODS GLOBAL, INC.,<br><br>Defendants. | Case No. **CV10 7301-ODW (FMOx)**<br><br>CLASS ACTION<br><br>**COMPLAINT FOR VIOLATIONS OF:**<br><br>**UNFAIR COMPETITION LAW;**<br><br>**FALSE ADVERTISING LAW; AND**<br><br>**CONSUMER LEGAL REMEDIES ACT**<br><br>**DEMAND FOR JURY TRIAL** |

COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Danielle Morton ("Plaintiff"), on behalf of herself, all others similarly situated, and the general public, by and through undersigned counsel, hereby sues Defendants Kraft Foods Inc., Kraft Foods North America, and Kraft Foods Global, Inc. (collectively, "Kraft") and, upon information and belief and investigation of counsel, alleges as follows:

## JURISDICTION AND VENUE

1. This Court has original jurisdiction over this action under 28 U.S.C. §1331 and 15 U.S.C. §1121.

2. This Court also has original jurisdiction under 28 U.S.C. §1332(d)(2) (The Class Action Fairness Act) because the matter in controversy exceeds the sum or value of $5,000,000 exclusive of interest and costs and more than two-thirds of the members of the Classes reside in states other than the state of which Defendants are citizens.

3. Venue is proper in this Court pursuant to 28 U.S.C. §1391 because Plaintiff resides in and suffered injuries as a result of Defendants' acts in this district, many of the acts and transactions giving rise to this action occurred in this district, and Defendants (1) are authorized to conduct business in this district and have intentionally availed themselves of the laws and markets of this district through the promotion, marketing, distribution, and sale of their products in this district; (2) reside in this district; and (3) are subject to personal jurisdiction in this district.

## INTRODUCTION

4. Plaintiff purchased packaged food products made by Kraft during the Class Period defined herein.

5. Kraft falsely markets Teddy Grahams, Ritz Crackers, Original Premium Saltine Crackers, Honey Maid Graham Crackers, and Ginger Snaps, (the "Kraft PHVO Products") as healthful despite that they contain dangerous levels of

1 partially hydrogenated vegetable oil ("PHVO"), a toxic food additive banned in many parts of the world, as well as a variety of unhealthy, highly-refined and processed, and nutritionally empty ingredients.

6. Kraft uses various methods to falsely and misleadingly represent the Kraft PHVO Products as healthy, when in fact they are unhealthy and cause a number of dangerous conditions.

7. Plaintiff repeatedly purchased the Kraft PHVO Products during each year of the Class Period.

8. Absent the misstatements described herein, Plaintiff would not have purchased the Kraft PHVO Products.

9. Plaintiff seeks an order that compels Kraft to (1) cease marketing the Kraft PHVO Products using the misleading tactics complained of herein, (2) conduct a corrective advertising campaign, (3) restore the amounts by which Kraft was unjustly enriched, and (4) destroy all misleading and deceptive materials and products.

## PARTIES

10. Defendant Kraft Foods Inc. is a Delaware corporation with its principal place of business in California. Kraft Foods Inc. is a producer and manufacturer of the Kraft PHVO Products.

11. Defendant Kraft Foods North America is a Delaware corporation with its principle place of business in California. Kraft Foods North America is a private subsidiary of Kraft Foods Inc. and a producer and manufacturer of the Kraft PHVO Products.

12. Defendant Kraft Foods Global, Inc. is a Delaware corporation with its principle place of business in California. Kraft Foods Global, Inc. is a private subsidiary of Kraft Foods Inc. and a producer and manufacturer of the Kraft PHVO Products.

13. Kraft maintains extensive operations in California, including: (1) bakery and wholesale operations in San Diego; (2) tobacco leaf processing facilities in Fullerton; (3) manufacturing of cookies, crackers, and bakery products, wholesale of same, in Ontario; (4) food preparation manufacturing facilities in Ontario; (5) wholesale of cookies and crackers in Los Angeles; (6) poultry processing and cheese manufacturing facilities in Tulare; (7) salted nut manufacturing facilities in Greenfield; (8) grocery wholesale in Fresno; (9) fruit juice manufacturing facilities in Fresno; (10) dried, dehydrated, salted, and roasted nut manufacturing facilities in Fresno; (11) snack chip product manufacturing facilities in Fresno; (12) storage facilities and warehouses in Fresno; (13) cookie and cracker wholesale facilities in San Jose; (14) cookie and cracker wholesale facilities in Milpitas; (15) food specialties manufacturing facilities in Livermore; and (16) food preparation and coffee manufacturing facilities in San Leandro.

14. Plaintiff Danielle Morton is a resident of Los Angeles, California who repeatedly purchased the Kraft PHVO Products during the Class Period defined herein.

15. Plaintiff first discovered Kraft's unlawful acts as described herein in or about April 2010, when she first learned that the Kraft PHVO Products contained PHVO and thus artificial *trans* fat and that artificial *trans* fat is extremely dangerous to human health and is associated with heart disease, diabetes, cancer, and death.

16. Plaintiff, in the exercise of reasonable diligence, could not have discovered earlier Kraft's unlawful acts as described herein because the extreme dangers of artificial *trans* fats were known to Kraft, but not to Plaintiff, throughout the Class Period as defined below.

17. Plaintiff is not a nutritionist, food expert, or food scientist, but rather a lay consumer who did not have the specialized knowledge that Kraft had, which

otherwise would have enabled her to associate partially hydrogenated oil with artificial *trans* fat, and then artificial *trans* fat with disease.

18. Even today the nature and extent of artificial *trans* fats—including that they necessarily exist where partially hydrogenated oil is used as an ingredient in a food product—is generally unknown to the average consumer. Plaintiff relied, during the Class Period, on Kraft's misleading health claims in deciding to purchase the Kraft PHVO Products.

## PARTIALLY HYRDROGENATED VEGITABLE OIL IS AN UNWHOLESOME MANUFACTURED ADDITIVE THAT CAUSES HEART DISEASE, CHRONIC INFLAMMATION, TYPE 2 DIABETES, PROSTATE CANCER, BREAST CANCER AND COLORECTAL CANCER

19. *Trans* fat is naturally found in trace amounts in foods derived from ruminant animals, primarily in cow's milk and red meat.[1] It is also found in small quantities in human breast milk.

20. Also known as vaccenic acid, natural *trans* fat has never been linked to any negative health effect in human beings and is chemically different than artificial *trans* fat.

21. Initial studies on rats indicate that consumption of vaccenic acid is beneficial to health.[2]

22. Artificial *trans* fat, by contrast, is manufactured in an industrial process called hydrogenation, in which hydrogen atoms are added to normal vegetable oil by heating the oil to temperatures above 400 degrees Fahrenheit in

---

[1] Dariush Mozaffarian *et al.*, *Trans Fatty Acids and Cardiovascular Disease*, 354 New Eng. J. Med. 1601, 1608 (2008).

[2] Ye Wang *et al.*, *Trans-11 Vaccenic Acid Dietary Supplementation Induces Hypolipidemic Effects on JCR:LA-cp Rats*, 138 J. Nutrition 2117 (November 2008).

the presence of ion donor catalyst metals such as rhodium, ruthenium, and nickel.[3]

23. The resulting product is known as partially hydrogenated vegetable oil ("PHVO"), which was invented in 1901 and patented in 1902 by German chemist Wilhelm Normann.

24. PHVO is an ingredient in the Kraft PHVO Products and the main source of *trans* fat in the American diet.[4]

25. *Trans* fat molecules in PHVO chemically differ from the natural fat molecules in other food products. Natural fat, except the trace amounts of natural *trans* fat from ruminant animal sources, comes in two varieties: (1) fats that lack carbon double bonds ("saturated fat") and (2) fats that have carbon double bonds with the hydrogen atoms on the same side on the carbon chain ("*cis* fat"). *Trans* fat, however, has double bonds on opposite sides of its carbon chain.



Saturated fat

● = Hydrogen atom   ● = Carbon atom

---

[3] *See* Alice H. Lichtenstein, *Trans Fatty Acids, Plasma Lipid Levels, and Risk of Developing Cardiovascular Disease*, 95 Circulation 2588, 2588-90 (1997).

[4] *See* Mozaffarian, 354 New Eng. J. Med. at 1608.




26. PHVO was initially a "wonder product" attractive to the packaged food industry because it combines the low cost of unsaturated *cis* fat with the flexibility and long shelf life of saturated fat. Like *cis* fat, PHVO is manufactured from lower-cost legumes,[5] while saturated fat is derived from relatively expensive animal and tropical plant sources.[6] Like natural saturated fat, PHVO has a long shelf life, physical solidity, and flavor stability.

27. The industrial process that adds hydrogen ions to normal vegetable oil

---

[5] e.g., corn oil, soybean oil, peanut oil

[6] e.g., butter, cream, tallow, coconut oil

improves food texture and permits food products to withstand heavy mechanical processing and high temperatures.[7] Given its versatility, PHVO was recently used in 40 percent of processed packaged foods.[8]

28. While many manufacturers have removed PHVO from their products as its extreme damage to human health has become ever clearer, Kraft has chosen to continue its use.

29. PHVO and artificial *trans* fat do not exist in nature, and the human body has not evolved to digest them.

30. The same unusual and unnatural chemical structure that gives PHVO properties attractive from an industrial perspective makes it highly toxic to human health.

**PHVO causes cardiovascular disease, type 2 diabetes, and cancer.**

- **Cardiovascular Disease**

31. In a joint Dietary Guidelines Advisory Committee Report, the U.S. Department of Health and Human Services and the U.S. Department of Agriculture recognized **"[t]he relationship between *trans* fatty acid intake and LDL cholesterol is direct and progressive, increasing the risk of cardiovascular disease."**[9]

32. Food products with artificial *trans* fat harm the heart by "rais[ing] the

---

[7] See Alberto Ascherio et al., *Trans Fatty Acids & Coronary Heart Disease*, 340 New Eng. J. Med. 94, 94-8 (1999). See also Ctr. for Food Safety & Applied Nutrition, U.S. Food & Drug Admin., Questions & Answers About *Trans* Fat Nutrition Labeling (Update 2006) (2003), *available at* http://www.cfsan.fda.gov/%7Edms/qatrans2.html#fn.

[8] Mary Carmichael, *The Skinny on Bad Fat*, Newsweek, Dec. 1, 2003, at 66. *See also* Kim Severson, *Hidden Killer. It's **Trans** Fat. It's Dangerous. And It's In Food You Eat Every Day*, S.F. Chron., Jan. 30, 2002.

[9] Dep't of Health & Human Serv. & U.S. Dep't of Agric., 2005 Dietary Guidelines Advisory Committee Report, Section 10 (2005).

concentration of the most dangerous form of serum cholesterol (LDL cholesterol)" and "lower[ing] a protective form of serum cholesterol (HDL cholesterol)."[10]

33. The American Heart Association notes **"*trans* fats raise your bad (LDL) cholesterol levels and lower your good (HDL) cholesterol levels. Eating *trans* fats increases your risk of developing heart disease."**[11]

34. After an extensive evaluation of the scientific literature on the *trans* fat/CHD connection, the FDA concluded:

> [B]ased on the consistent results across a number of the most persuasive types of study designs (i.e., intervention trials and prospective cohort studies) that were conducted using a range of test conditions and across different geographical regions and populations . . . the available evidence for an adverse relationship between *trans* fat intake and CHD risk is strong.[12]

35. *Trans* fat raises the risk of CHD more than any other known nutritive product.[13]

36. Removing 2% of daily calories from *trans* fat from the American diet "would prevent approximately 30,000 premature coronary deaths per year, and epidemiologic evidence suggests this number is closer to 100,0000 premature deaths annually."[14]

37. A study on the impact of *trans* fatty acids on heart health provides evidence that:

---

[10] *Id.*

[11] Am. Heart Ass'n., *Trans Fat Overview*, available at http://www.americanheart.org/presenter.jhtml?identifier=3045792.

[12] Ctr. for Food Safety & Applied Nutrition, U.S. Food & Drug Admin., Questions & Answers About *Trans* Fat Nutrition Labeling.

[13] Mozaffarian, 354 New Eng. J. Med. at 1603.

[14] Alberto Ascherio *et al.*, *Trans Fatty Acids & Coronary Heart Disease*, 340 New Eng. J. Med. 94, 94-8 (1999).

COMPLAINT AND DEMAND FOR JURY TRIAL

> [E]ven the lower estimates from the effects [of PHVO] on blood lipids would suggest that more than 30,000 deaths per year may be due to the consumption of partially hydrogenated vegetable fat. Furthermore, the number of attributable cases of nonfatal coronary heart disease will be even larger.[15]

38. Since "the adverse effect of *trans* fatty acids is stronger than that of saturated fatty acids," saturated fat consumption would need to be reduced by 10 percent of caloric intake to have the same impact.[16]

39. "10 to 19 percent of CHD events in the United States could be averted by reducing the intake of *trans* fat."[17]

40. By raising LDL levels and lowering HDL levels, *trans* fat causes a wide variety of dangerous heart conditions, including low flow-mediated vasodilation, coronary artery disease, and primary cardiac arrest.

41. After conducting a crossover diet trial, Danish researchers determined that healthy men and women who maintained a high-*trans* fat diet had 21 percent lower protective HDL levels and 29 percent lower flow-mediated vasodilation ("FMD") than those on a high-saturated fat diet. Since FMD measures the percent increase between the diameter of the artery at ordinary and at maximum dilation, low FMD is "a risk marker of coronary heart disease."[18]

42. Australian researchers observed that heart attack patients possess

---

[15] W.C. Willett *et al.*, *Trans Fatty Acids: Are the Effects only Marginal?* 84 Am. J. Pub. Health 722, 723 (1994).

[16] Mozaffarian, 354 New Eng. J. Med. at 1609.

[17] *See* Mozaffarian, 354 New Eng. J. Med. at 1611.

[18] Nicole M. De Roos *et al.*, *Replacement of Dietary Saturated Fatty Acids by Trans Fatty Acids Lowers Serum HDL Cholesterol and Impairs Endothelial Function in Healthy Men and Women*, 21 Am. Heart Assoc. 1233, 1233-37 (2001).

elevated amounts of *trans* fat in their adipose tissue, strongly linking heart disease with long-term consumption of *trans* fat.[19]

43.     By taking blood samples from 179 survivors of cardiac arrest and 285 randomly-selected control hospital patients and comparing the top fifth with the bottom fifth of participants by *trans* fat intake, another study published in the American Heart Association's peer-reviewed journal *Circulation* found that the largest consumers of *trans* fat have three times the risk of suffering primary cardiac arrest, even after controlling for medical and lifestyle risk factors.[20]

- **Type 2 Diabetes**

44.     Artificial *trans* fat causes type 2 diabetes.[21]

45.     In particular, *trans* fat disrupts the body's glucose and insulin regulation system by incorporating itself into cell membranes, causing the insulin receptors on cell walls to malfunction, and in turn elevating blood glucose levels and stimulating further release of insulin.

46.     Researchers at Northwestern University's medical school found mice show multiple markers of type 2 diabetes after eating a *trans* fat diet for only four weeks. By the eighth week of the study, mice fed the diet high in trans fat showed a 500% increase compared to the control group in hepatic interleukin-1β gene expression, one such marker of diabetes, indicating the extreme stress *trans* fat places on the body.[22]

---

[19] Peter M. Clifton *et al.*, *Trans Fatty Acids In Adipose Tissue And The Food Supply Are Associated With Myocardial Infarction*. 134 J. of Nutrition 874, 874-79 (2004).

[20] Rozenn N. Lemaitre *et al.*, *Cell Membrane Trans-Fatty Acids and the Risk of Primary Cardiac Arrest*, 105 Circulation 697, 697-701 (2002).

[21] Am. Heart Ass'n., *Trans Fat Overview*.

[22] Sean W. P. Koppe *et al.*, *Trans fat feeding results in higher serum alanine aminotransferase and increased insulin resistance compared with a standard*

47. A 14-year study of 84,204 women found that for every 2 percent increase in energy intake from *trans* fat, the relative risk of type 2 diabetes was 1.39. In other words, each 2 percent of calories from artificial *trans* fat increases the risk of type 2 diabetes by 39 percent.[23]

- **Breast Cancer, Prostate Cancer, Colorectal Cancer**

48. *Trans* fat is a known carcinogen shown to cause breast, prostate, and colorectal cancer.

49. A 13-year study of 19,934 French women showed 75 percent more women contracted breast cancer in the highest quintile of *trans* fat consumption than did those in the lowest.[24]

50. In a 25-year study of 14,916 U.S. physicians, the participants with the highest quintile of *trans* fat intake had over a 100% greater risk of developing prostate cancer than the doctors in the lowest quintile.[25]

51. A study of 1,012 American males observing *trans* fat intake and the risk of prostate cancer found "[c]ompared with the lowest quartile of total trans-fatty acid consumption, the higher quartiles gave odds ratios (ORs) equal to 1.58," meaning those in the highest quartile are 58% more likely to contract prostate

---

*murine high-fat diet*, 297 Am. J. Physiol. Gastrointest Liver Physiol. G378-84 (2009).

[23] Jorge Salmeron *et al.*, *Dietary Fat Intake and Risk of Type 2 Diabetes in Women*, 73 Am. J. of Clinical Nutrition 1019, 1023 (2001).

[24] Véronique Chajès *et al.*, *Association between Serum Trans-Monounsaturated Fatty Acids and Breast Cancer Risk in the E3N-EPIC Study*. 167 Am. J. of Epidemiology 1312, 1316 (2008).

[25] Jorge Chavarro *et al.*, *A Prospective Study of Blood Trans Fatty Acid Levels and Risk of Prostate Cancer.*, 47 Proc. Am. Assoc. of Cancer Research 95, 99 (2006).

cancer than those in the lowest.[26]

52. A 600-person study found an 86 percent greater risk of colorectal cancer in the highest *trans* fat consumption quartile than in the lowest.[27]

53. A 2,910-person study found "trans-monounsaturated fatty acids…were dose-dependently associated with colorectal cancer risk," which showed "the importance of type of fat in the etiology and prevention of colorectal cancer."[28]

54. The serious health conditions caused by *trans* fat consumption only occur from artificial *trans* fat, found only in PHVO, not the trace natural *trans* fat found in ruminant sources:

> Of four prospective studies evaluating the relation between the intake of *trans* fatty acids from ruminants and the risk of CHD, none identified a significant positive association, whereas three identified nonsignificant trends toward an inverse association. . . . [T]he sum of the current evidence suggests that the public health implications of consuming *trans* fats from ruminant products are relatively limited.[29]

**The grave, concrete risks of PHVO consumption far outweigh any conceivable benefits of Kraft's conduct.**

55. There is no health benefit to artificial *trans* fat consumption and "no

---

[26] Xin Liu *et al.*, *Trans-Fatty Acid Intake and Increased Risk of Advanced Prostate Cancer: Modification by RNASEL R462Q Variant*, 28 Carcinogenesis 1232, 1232 (2007).

[27] L.C. Vinikoor *et al.*, *Consumption of Trans-Fatty Acid and its Association with Colorectal Adenomas*, 168 Am. J. of Epidemiology 289, 294 (2008).

[28] Evropi Theodoratou *et al.*, *Dietary Fatty Acids and Colorectal Cancer: A Case-Control Study*, 166 Am. J. of Epidemiology 181 (2007).

[29] Mozaffarian, 354 New Eng. J. Med. at 1608-1609.

safe level" of artificial *trans* fat intake.[30]

56. According to the established consensus of the scientific community, consumers should keep their consumption of *trans* fat "as low as possible."[31]

57. As Dariush Mozaffarian, M.D., notes in the New England Journal of Medicine:

> [T]rans fats from partially hydrogenated oils have no intrinsic health value above their caloric value. Thus, from a nutritional standpoint, the consumption *trans* fatty acids results in considerable potential harm but no apparent benefit. . . . Thus, complete or near-complete avoidance of industrially produced *trans* fat—a consumption of less than 0.5 percent of the total energy intake—may be necessary to avoid adverse effects and would be prudent to minimize health risks.[32]

**_Trans_ fat is so inherently dangerous that it is being banned in an increasing number of American states and European countries.**

58. In 2008, California became the first state to ban restaurant food with artificial *trans* fat, a law affecting approximately 88,000 eating establishments. *Trans* fats are now banned in restaurants as of January 1, 2010 and on January 1, 2011 will be phased out of retailers.

59. New York City banned all *trans* fat in its 20,000 food establishments in 2006. Similar laws exist in Philadelphia; Baltimore; Stamford, Connecticut; and Montgomery County, Maryland.

60. A 2004 Danish law restricted all foods to under 2 percent of calories

---

[30] Food & Nutrition Bd., Inst. of Med., Dietary Reference Intakes For Energy, Carbohydrate, Fiber, Fat, Fatty Acids, Cholesterol, Protein, and Amino Acids (2005).

[31] Food & Nutrition Bd., Inst. of Med., Dietary Reference Intakes For Energy, Carbohydrate, Fiber, Fat, Fatty Acids, Cholesterol, Protein, and Amino Acids 424 (2005).

[32] Mozaffarian, 354 New Eng. J. Med. at 1609.

from *trans* fat. Switzerland made the same restriction in 2008.[33]

61.  After conducting a surveillance study of Denmark's *trans* fat ban, researchers concluded the change "did not appreciably affect the quality, cost or availability of food" and did not have "any noticeable effect for the consumers."[34]

62.  In 2006, a *trans* fat task force co-chaired by Health Canada and the Heart and Stroke Foundation of Canada recommended capping *trans* fat content at 2 percent of calories for tub margarines and spreads and 5 percent for all other foods. On September 30, 2009, British Columbia became the first province to impose these rules on all restaurants, schools, hospitals, and special events.[35]

**SPECIFIC MISREPRESENTTIONS**

**Teddy Grahams**

///

---

[33] Andrew Collier, *Deadly Fats: Why Are We still Eating Them?*, The Independent (UK), June 10, 2008.

[34] Mozaffarian, 354 New Eng. J. Med. at 1610; *see also* High Levels of Industrially Produced *Trans* Fat in Popular Fast Food, 354 New Eng. J. Med. 1650, 1652 (2006).

[35] *Province Restricts Trans Fat in B.C.*, British Columbia Ministry of Healthy Living and Sport Press Release (2009), *available at* http://www2.news.gov.bc.ca/news_releases_2005-2009/2009HLS0013-000315.htm.