**MADE JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE MORTON, on Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KRAFT FOODS INC., KRAFT FOODS NORTH AMERICA, and KRAFT FOODS GLOBAL, INC.,<br><br>　　　　　Defendants. | No. CV 10-7301-GW(AGRx)<br><br>**ORDER DISMISSING COMPLAINT** |

For the reasons discussed on the record during the September 29, 2011 hearing in the related case *Red v. Kraft Foods*, No. 10-1028 and in light of Plaintiff's failure to file a motion for class certification by May 13, 2011 as previously ordered by the Court (Dkt. No. 22), the Court hereby DISMISSES Plaintiff's complaint with prejudice. *See* C.D. Cal. L.R. 23-3 (mandating that a plaintiff file her motion for class certification within 90 days after service or the complaint or as ordered by the Court); *Archila v. KFC U.S. Props., Inc.*, 420 F. App'x 667, 668 (9th Cir. 2011) (affirming dismissal for failure to comply with Local Rule 23-3).

　　　　IT IS SO ORDERED.

DATED: October 17, 2011　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　The Honorable George H. Wu
　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

[PROPOSED] ORDER DISMISSING COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28